IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 07-cr-00307-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSHUA ANDERSON,

    Defendant.

---

**ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANT'S MOTION FOR DISCLOSURE OF GRAND JURY INFORMATION**

---

**Blackburn, J.**

The matter before me is defendant's **Motion for disclosure of Grand Jury Information** [#26] filed September 20, 2007. I grant the motion in part and deny it in part.

Defendant moves pursuant to Fed.R.Crim.P. 6(e)(3)[1] for an order requiring the government to disclose and produce 1) transcripts of the grand jury proceedings; 2) a list of all witnesses who testified before the grand jury; 3) a list of all exhibits that were submitted to the grand jury; 4) copies of all exhibits that were submitted to the grand jury; and 5) minutes of the grand jury proceedings. *See* Motion at 1-2. The government does not object to production and disclosure of transcripts of grand jury testimony, but does object cogently to the balance of defendant's request. *See* Response [#39] at 1.

---

[1] Defendant's motion cites me erroneously to Fed.R.Crim.P, 6(e)(3)(C), which provides irrelevantly that "[a]n attorney for the government may disclose any grand-jury matter to another federal grand jury." Generally, such a request is brought under Fed.R.Crim.P, 6(e)(3)(E)(i).

The government's objections are well taken. Although the defendant may access transcripts of grand jury testimony, he has not made the particularized showing necessary to warrant disclosure and production of a list of all exhibits that were submitted to the grand jury, copies of all exhibits that were submitted to the grand jury or minutes of the grand jury proceedings. *See* **In re Grand Jury 95-1**, 118 F.3d 1433, 1437 (10th Cir. 1997); **United States v. Rockwell International Corp.**, 173 F.3d 757, 759 (10 th Cir. 1999).

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Motion for disclosure of Grand Jury Information** [#26] filed September 20, 2007, is **GRANTED IN PART** and is **DENIED IN PART**:

   a. That the government shall disclose and produce to defendant transcripts of grand jury testimony; and

   b. That defendant's motion is denied otherwise; and

2. That defense counsel shall maintain personal control of such grand jury transcripts, that no duplication or publication of the grand jury transcripts shall be made without permission of the court, and that any copies provided to the defense and any duplicates or print outs of such copies of grand jury transcripts shall be returned to the United States Attorney's Office after the conclusion of the case.[2]

Dated December 4, 2007, at Denver, Colorado.

                                                           **BY THE COURT:**
                                                           **s/ Robert E. Blackburn**
                                                           **Robert E. Blackburn**
                                                           **Unites Sates District Judge**

---

[2] These restrictions are imposed under the authority given me at Fed.R.Crim.P, 6(e)(3)(E).