**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00307-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSHUA ANDERSON,
    a/k/a Joshua Anderson, Sr.,
    a/k/a "Bull,"
    a/k/a "Big Bull,"

    Defendant.

**MINUTE ORDER**[1]

    The matter comes before the court on defendant's **Motion To Withdraw Motion To Notify Court Of Defense Counsel's Unavailability For Trial In This Matter From January 2, 2008 Through February 14, 2008 (Document # 52)** [#65], filed December 19, 2007. The motion is **GRANTED** and defendant's **Motion To Notify Court Of Defense Counsel's Unavailability For Trial In This Matter From January 2, 2008 Through February 14, 2008** [#52], filed November 28, 2007, is **WITHDRAWN**.

    Dated: December 19, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.