IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00307-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JOSHUA ANDERSON,

    Defendant.

---

**ORDER CONCERNING DISCLOSURE OF GRAND JURY MATERIAL**

---

This matter is before the Court on the Government's Motion for an Order Permitting Disclosure of Grand Jury Material to the Defense [#77] filed January 10, 2008. On consideration of the motion, it is

ORDERED as follows:

1. The Government's Motion for an Order Permitting Disclosure of Grand Jury Material to the Defense [#77] filed January 10, 2008, is granted.

2. Pursuant to Fed.R.Crim.P. 6(e)(3)(E)(i), the Government may disclose Grand Jury materials to defense counsel of record in the above-captioned case.

3. In order to protect Grand Jury secrecy, defense counsel shall make only such copies as are necessary to prepare a defense in this criminal case. Defense counsel shall keep a written record concerning how many copies were made, to whom

1

those copies were delivered, or transmitted and the date of delivery or transmission. Defense counsel shall also deliver or transmit a copy of this order with the materials. <u>No person, other than defense counsel, shall make any copy of these materials for any purpose whatsoever</u>. At the conclusion of the case in this Court, by entry of the court's judgment, counsel shall, within ten days, collect all such copies, return them to the Government, and file a certification of compliance with this order with the Court.

4. Copies of Grand Jury materials may be only used in connection with this criminal proceeding, and any further dissemination or use is prohibited.

DATED January 11, 2008.

BY THE COURT:

s/ Robert E. Blackburn
The Honorable Robert E. Blackburn,
United States District Judge
District of Colorado