**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00307-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA ANDERSON,
  a/k/a Joshua Anderson, Sr.,
  a/k/a "Bull,"
  a/k/a "Big Bull,"

    Defendant.

## MINUTE ORDER[1]

The matter before the court is Defendant Joshua Anderson's Motion to Adopt Previously Filed Pleadings, [#104] filed May 15, 2008. After review Defendant Joshua Anderson's motion is **granted.**

Dated: June 24, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.