IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cr-00307-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

JOSHUA ANDERSON,

 Defendant.

## MOTION TO DETERMINE COMPETENCY OF DEFENDANT TO STAND TRIAL

 The Defendant, Joshua Anderson, by and through his attorney, Harvey A. Steinberg, of the law firm Springer and Steinberg, P.C., hereby requests this Honorable Court to grant this Motion and Order a hearing to determine whether the Defendant is competent to stand trail.

 In support of this motion, the Defendant states as follows:

1. The Defendant is charged by indictment with two counts of violating federal law. Specifically, Count 1 charges a violation of 18 U.S.C. § 922(g)(1), Unlawful Possession of a Firearm by a Felon, and Count 2 charges a violation of 18 U.S.C. § 922(o)(1), Unlawful Possession of a Machine Gun. This matter is set for jury trial on July 28, 2008, at 8:00am.

2. Pursuant to federal statute, a motion to determine the competency of a defendant to stand trail may be made "at any time after the commencement of a prosecution for an offense and prior to the sentencing of the defendant." 18 U.S.C. § 4241(a).

3. The Court must grant a motion to determine competency "if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." *Id*.

4. Courts must always be alert to circumstances suggesting that a defendant is not competent to stand trail. *Drope v. Missouri*, 420 U.S. 162, 95 S.Ct. 896, 43 L.Ed.2d 103 (1975); *McGregor v. Gibson*, 248 F.3d 946 (10th Cir. 2001).

5. A defendant has a fundamental right to a competency hearing where indications of incompetence signal the Court that a hearing is needed to ensure a fair trial. *Pate v. Robinson*, 383 U.S. 375, 86 S.Ct. 836, 15 L.Ed.2d 815 (1966); *U.S. ex rel. Foster v. DeRobertis*, 741 F.2d 1007, 16 Fed.R.Evid.Serv. 256 (7th Cir. 1984).

6. While there are no definite or standard criteria indicating the need for such a hearing, a court cannot rely solely on a defendant's demeanor during proceedings in making a determination that a hearing is or is not necessary. *See Drope; and see Pate*. Rather, the Court should consider a variety of factors including medical history, supplemental reports and specific references by defense counsel to a defendant's irrational behavior. *See, e.g., State v. Franklin*, 97 Ohio St.3d 1, 776 N.E.2d 26 (2006).

7. The Defendant has a serious history of mental illnesses. He has been in and out of therapy for the last eight years and has been diagnosed with ADHD, bi-polar disorder and borderline schizophrenia as recently as 2005. The Defendant is currently heavily medicated on a variety of prescriptions including mood

stabilizers and antipsychotics, and has a family history of depression and schizophrenia. The Defendant has been previously committed to mental health institutions and has repeated episodes where he hears "demonic" voices.

8. Upon defense counsel's most recent visitation with the Defendant at FCI Englewood, the Defendant was again suffering from delusions and hearing "demonic" voices which he said were commanding him.

WHEREFORE, the Defendant respectfully requests a hearing to determine his competency to stand trial.

**DATED**, this 10th day of July, 2008.

Respectfully submitted,

s/Harvey A. Steinberg
Attorney for Joshua Anderson
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springer-and-steinberg.com

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, I electronically filed the foregoing **MOTION TO DETERMINE COMPETENCY OF DEFENDANT TO STAND TRIAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Gregory Halloway**
Gregory.Halloway@usdoj.gov

**Roxane J. Perruso**
Roxane.Perruso@usdoj.gov

>s/Brenda Rodriguez
>For Harvey A. Steinberg
>Harvey A. Steinberg
>Attorneys for Joshua Anderson
>Springer & Steinberg, P.C.
>1600 Broadway, Suite 1200
>Denver, CO 80202
>(303)861-2800 Telephone
>(303)832-7116 Telecopier
>law@springer-and-steinberg.com