**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:   July 18, 2008

Courtroom Deputy:  Ginny Kramer
Court Reporter: Darlene Martinez
_____

**Criminal Case No. 07-cr-00307-REB**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Gregory Holloway |
| | Roxanne Perruso |
| v. | |
| JOSHUA ANDERSON, | Harvey Steinberg |
| Defendant. | |

_____

**COURTROOM  MINUTES - COMPETENCY HEARING**
_____

 10:46 a.m.   **Court in session.**

The Defendant is present in court (in custody).

Appearances of counsel.

Opening statements by the court.

Statements to the Court by Mr. Steinberg.

Statements to the Court by Mr. Holloway.

**It was ORDERED as follows:**

>   1.    That a hearing to determine the competency of the defendant or in the alternative for status and scheduling conference is scheduled for **October 10, 2008, at 8:30 a.m.**; and

2. That the trial preparation conference scheduled for July 25, 2008 at 9:30 a.m. and trial by jury scheduled to commence on July 28, 2008, at 8:30 a.m. are **VACATED**.

**10:51 a.m.    Court in recess**

*Total court time: 00:05 minutes - hearing concluded*