**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00307-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSHUA ANDERSON,
    a/k/a Joshua Anderson, Sr.,
    a/k/a "Bull,"
    a/k/a "Big Bull,"

    Defendant.

## MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the suppression hearing set for September 9, 2009, at 8:30 a.m., is **RESET** to **2:00 p.m.** on this day. The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: September 3, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.