**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00307-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSHUA ANDERSON,
    a/k/a Joshua Anderson, Sr.,
    a/k/a "Bull,"
    a/k/a "Big Bull,"

    Defendant.

## MINUTE ORDER[1]

On October 27, 2009, the court conducted a telephonic setting conference to reset the change of plea in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That a change of plea hearing shall be held on **November 16, 2009**, commencing at 1:30 p.m.; and

2. That the U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

Dated: October 27, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.