**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00307-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   JOSHUA ANDERSON,
      a/k/a Joshua Anderson, Sr.,
      a/k/a "Bull,"
      a/k/a "Big Bull,"

      Defendant.

## MINUTE ORDER[1]

      On February 25, 2010, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel, and with their consent,

      **IT IS ORDERED** as follows:

      1. That on **July 2, 2010**, commencing at 9:00 a.m., the court shall conduct a sentencing hearing in this matter; and

      2. That, to the extent necessary, the U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

      Dated: February 25, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.