### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No. 07-cr-00307-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSHUA ANDERSON,
    a/k/a Joshua Anderson, Sr.,
    a/k/a "Bull,"
    a/k/a "Big Bull,"

    Defendant.

### ORDER DENYING MOTION FOR RECONSIDERATION
### AND
### MOTION TO APPOINT COUNSEL

**Blackburn, J.**

The following matters are before me for consideration: (1) defendant's **Motion for Reconsideration** [#248][1] filed May 25, 2011; and (2) defendant's **Motion To Appoint Counsel** [#249] filed October 19, 2011. I deny both motions without prejudice.

Absent the filing of a motion under 28 U.S.C. § 2255, both motions are premature and must denied without prejudice on that basis.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Motion for Reconsideration** [#248] filed May 25, 2011, is **DENIED** without prejudice; and

---

[1] "[#248]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

     2.  That defendant's **Motion To Appoint Counsel** [#249] filed October 19, 2011, is **DENIED** without prejudice.

     Dated October 20, 2011 at Denver, Colorado.

                                         **BY THE COURT:**

                                         */s/ Robert E. Blackburn*
                                         Robert E. Blackburn
                                         United States District Judge