**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 07-cr-00307-REB
(Civil Action No. 11-cv-02851-REB)

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

1. JOSHUA ERIC ANDERSON,

    Defendant-Movant.

---

## JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER DENYING MOTION TO VACATE, SET ASIDE OR of Judge Robert E. Blackburn entered on February 6, 2014 it is

    ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 [251] filed November 2, 2011, is denied; and it is further

    ORDERED that under 28 U.S.C. § 2253(c)(2), a certificate of appealability is DENIED.  It is further

    ORDERED that the corresponding civil action is closed.

    Dated at Denver, Colorado this 6th day of February, 2014.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/ Edward P. Butler
    Edward P. Butler, Deputy Clerk